IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES D. BUTLER, III

v.                                          NO.  11-CV-4973

NCO FINANCIAL SYSTEMS, INC.

FILED
AUG 19 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE SHAPIRO, J.

   AND NOW, to wit, this 19th day of August, 2011, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC.'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
   It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with interest and costs.

                                        BY THE COURT:

                                        ATTEST:

                                        _____
                                        Richard Sabol, Deputy Clerk

judg